Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUBIN, on behalf of himself and all others similarly situated PLAINTIFF, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 100, inclusive <br> DEFENDANTS | Case No.  2:25-cv-05931-SPG-MBK <br><br> **DEFENDANT CVS PHARMACY INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE SECTION 12(B)(1) & 12(B)(6)** <br><br> Complaint Filed:   June 4, 2025. <br><br> Date:         January 7, 2026 <br> Time:         1:30 p.m. <br> Courtroom:  5C <br><br> Hon. Sherilyn Peace Garnett |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2026 at 1:30 p.m., or as soon thereafter as this matter can be heard, before the Honorable Sherilyn Peace Garnett in Courtroom 5C, located at the First Street United States Courthouse, Los Angeles, California, defendant CVS Pharmacy Inc. ("Defendant") will, and hereby does, move to dismiss plaintiff Christopher Dubin's ("Plaintiff") first amended complaint ("the Complaint"), and each cause of action alleged therein, pursuant to Federal Rule of Civil Procedure sections 12(b)(1) and 12(b)(6) as more fully set forth in the memorandum of points and authorities that accompanies this motion.

The Complaint must be dismissed, with prejudice, under section 12(b)(1) because Plaintiff has not and cannot allege an injury in fact.  In addition, the Complaint contains four claims for relief, labeled the third, fifth, sixth, and seventh causes of action.  Each cause of action is under ERISA and each cause of action fails to state a claim upon which relief can be granted.

This motion is based on this notice of motion and motion, the memorandum of points of authorities, the request for judicial notice, and the declaration of Carmilla Tan filed concurrently with this notice, and on the oral argument presented by counsel at the hearing on this matter.

## STIPULATED AND APPROVED BRIEFING SCHEDULE

The briefing in this matter is pursuant to a stipulated briefing schedule which was approved by the Court. [Doc. 13.]  The filing date for the motion is September 23, 2025, Plaintiff's opposition is due October 17, 2025, and Defendant's reply is due on October 31, 2025. *Id.*

## MEET AND CONFER REQUIREMENT

Pursuant to Central District Rule 7-3, and section G.1.1(a)-(c) of this Court's Standing Order on Civil Cases, counsel for Plaintiff and Defendant met and conferred at least 7 days before the filing of this motion by video conference. In fact, on three separate occasions, all of which were at least 7 days before the filing of this

motion, counsel met and conferred and thoroughly discussed the substance and potential resolution of this motion. Despite the best efforts of all involved, the parties were not able to resolve the issues addressed in this motion.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

DATED: September 23, 2025

By: */s/ Sean P. Nalty*
    Sean P. Nalty
    Attorneys for Defendant CVS PHARMACY INC